IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PRESTON J. BLAKE,

    Plaintiff,

v.                                                                                      Civ. No. 17-807 MIS/KK

GEO GROUP, INC., *et al.*,

    Defendants.

**THIRD ORDER EXTENDING DEADLINE TO OBJECT AND
DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION**

THIS MATTER is before the Court on Plaintiff's Motion for an Order Compelling Disclosure or Discovery; Motion for Extension of Time to Respond; Motion for this Court to Order Counsel Appointed Under/Pursuant to 28 U.S.C. § 1915(e)(1) (Doc. 150) ("Motion"), filed February 8, 2023. In the Motion, Plaintiff seeks a third extension of time to object to the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 137) entered on December 16, 2022. (Doc. 150 at 2.) In addition, Plaintiff asks the Court to reconsider its previous rulings as to his requests for discovery and for appointment of counsel. (*Id*. at 1-2.)

The Court, having reviewed the Motion, the record, and the relevant law, and being otherwise fully advised, finds no compelling justification for granting Plaintiff's requests for discovery or for appointing counsel and, accordingly, for the reasons previously stated on the record, his request for reconsideration is not well-taken. Plaintiff's request for a third extension of time, on the other hand, is well-taken and will be granted.

IT IS THEREFORE ORDERED that to the extent Plaintiff requests reconsideration of the Court's previous rulings concerning discovery and appointment of counsel, his motion is DENIED IN PART.

IT IS FURTHER ORDERED that to the extent Plaintiff seeks an extension of time to file objections, if any, to the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 137) entered on December 16, 2022, his motion is GRANTED IN PART, and any objections should be filed no later than **Wednesday, May 10, 2023**.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE